724

Commonwealth *v.* Cochran, Appellant, et al.
Commonwealth *v.* Alexander, Appellant.

Submitted April 10, 1974.
*John P. Merlo,* for appellant at No. 527, and *James K. Nicely,* for appellant at No. 544; *W. Thomas Malcolm,* District Attorney, for Commonwealth, appellee.

Order affirmed in both appeals.

Commonwealth *v.* Colder, Appellant.

Submitted March 27, 1974. *James J. Freeman,* for appellant; *Vram Nedurian, Jr.,* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Collier, Appellant.

Submitted March 18, 1974.
*Leonard Sosnov* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *James T. Ranney, Mark Sendrow,* and *Steven Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.